**William Frank JONES, Jr., Appellant,**

v.

**Charles PILLOW, P.A., Diagnostic Unit Infirmary, Appellee,**

**Marvin Rhode, Dr., Cummins Prison Infirmary, Defendant,**

**Asemota, Dr., Cummins Prison Infirmary, Appellee,**

**Griffin, Mr., Infirmary Manager, Cummins Prison Infirmary; Crystal Jackson Coburn, Records Supervisor, Cumins Prison Infirmary; PHP Healthcare Corporation; Bill Terry, Mr., Classification Officer, Cummins Prison; M.D. Reed, Warden, Cummins Prison; Max Mobley, Dr., Assistant Director of Treatment, Central Office, Arkansas Department of Correction; David Rowe, Dr., Medical Director, Diagnostic Unit Infirmary; Larry Norris, Director, Central Office; Correctional Medical Services, Defendants.**

No. 00–3478.

United States Court of Appeals, Eighth Circuit.

Submitted June 5, 2001.

Decided June 7, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]
PER CURIAM.

Arkansas inmate William Jones appeals the district court's [1] adverse grant of sum-

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

1. The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

mary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference. Because our de novo review of the summary judgment record confirms that the undisputed evidence shows appellees did not disregard Jones's serious medical need, or delay or deny him access to medical care, Jones's deliberate-indifference claims fail. *See Estelle v. Gamble,* 429 U.S. 97, 107, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976); *Long v. Nix,* 86 F.3d 761, 765 (8th Cir.1996); *Bellecourt v. United States,* 994 F.2d 427, 431 (8th Cir.1993), *cert. denied,* 510 U.S. 1109 1994, 114 S.Ct. 1049, 127 L.Ed.2d 371. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.